MARGARET FOLEY, PLAINTIFF-RESPONDENT, v. WILLIAM W. ULRICH AND LOIS ULRICH, DEFENDANTS-APPELLANTS.

Argued November 21, 1967—Decided December 4, 1967.

*Mr. Samuel A. Gennet* for appellants (*Mr. Aram R. Schefrin* on the brief).

*Mr. Myron W. Kronisch* for respondent (*Messrs. Roskein, Kronisch & Felzenberg,* attorneys).

PER CURIAM. The judgment is reversed for the reasons expressed in the dissenting opinion of Judge Kolovsky in the Appellate Division.

*For reversal* — Chief Justice WEINTRAUB and Justices FRANCIS, PROCTOR, GOLDMANN, SCHETTINO and HANEMAN —6.

*For affirmance*—None.